# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0631
_____

MELISSA L. KYLE,

Petitioner,

v.

HUBERT CARTER, JR.,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.


May 14, 2024


PER CURIAM.

DISMISSED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Melissa L. Kyle, pro se, Petitioner.

No appearance for Respondent.